1036

No. 11–356.  LUFKIN INDUSTRIES, INC. v. McCLAIN, INDIVIDU-
ALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,
ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 11–365.  KARPEEVA ET AL. v. DEPARTMENT OF HOMELAND
SECURITY CITIZENSHIP AND IMMIGRATION SERVICES ET AL.
C. A. 11th Cir.  Certiorari denied.

No. 11–367.  DAVIDSON v. VASQUEZ, WARDEN.  C. A. 9th Cir.
Certiorari denied.

No. 11–368.  COLLIS v. BANK OF AMERICA, N. A.  C. A. 4th
Cir.  Certiorari denied.

No. 11–380.  WORKMAN v. MINGO COUNTY BOARD OF EDUCA-
TION.  C. A. 4th Cir.  Certiorari denied.

No. 11–384.  SILGAN CONTAINERS CORP. v. NATIONAL UNION
FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA.
C. A. 9th Cir.  Certiorari denied.

No. 11–402.  VICTORY THROUGH JESUS SPORTS MINISTRY
FOUNDATION v. LEE'S SUMMIT R–7 SCHOOL DISTRICT ET AL.
C. A. 8th Cir.  Certiorari denied.

No. 11–447.  HOLLAND v. CITY OF CHICAGO, ILLINOIS, ET AL.
C. A. 7th Cir.  Certiorari denied.

No. 11–486.  DAIDONE v. UNITED STATES.  C. A. 2d Cir.  Cer-
tiorari denied.

No. 11–5073.  KINANE ET AL. v. UNITED STATES.  Ct. App.
D. C.  Certiorari denied.

No. 11–5174.  IRICK v. BELL, WARDEN.  C. A. 6th Cir.  Certio-
rari denied.

No. 11–5325.  HUDSON v. UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 11–5385.  MALY v. ARIZONA.  Ct. App. Ariz.  Certiorari
denied.